IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MUNICIPALITY OF PEÑUELAS,<br><br>**Plaintiff,**<br><br>v.<br><br>TEVA PHARMACEUTICAL USA, INC., *et al.*,<br><br>**Defendants.** | CIVIL NO. 22-1581(JAG) |

# JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 19, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Monday, October 16, 2023.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE